FILED: March 11, 2016

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 14-4962
(8:12-cr-00481-JMC-10)

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

   v.

JESUS BURUCA MARTINEZ,

        Defendant - Appellant.

O R D E R

Upon review of the record pursuant to Anders v. California, 386 U.S. 738 (1967), the court directs the parties to file supplemental briefs addressing whether the district court plainly erred in finding that the statutory mandatory minimum applied and sentencing the defendant based on the jury's verdict when, according to its verdict form, the jury only found the amount of drugs distributed by the entire conspiracy as a whole.

The clerk's office will enter a briefing schedule by separate order.

For the Court

/s/ Patricia S. Connor, Clerk