Filed: March 11, 2016

# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

_____

## SUPPLEMENTAL BRIEFING ORDER

_____

No. 14-4962,   <u>US v. Jesus Martinez</u>
              8:12-cr-00481-JMC-10

The court directs supplemental briefing as follows:

Supplemental opening brief due: 04/01/2016

Supplemental response brief due: 04/22/2016

Supplemental reply brief permitted by: 05/02/2016

Effective October 1, 2015, the court requires only one paper copy of briefs and appendices unless the case is to be argued, in which event four paper copies are required. (Local Rules 30(b)(4) & 31(d)). The notice tentatively assigning a case for argument requires counsel to file three additional paper copies of their previously filed briefs and appendices.

The briefs and any supplemental appendix must conform to the [Fourth Circuit Brief & Appendix Requirements](#) (available as a link from this order and at [www.ca4.uscourts.gov](http://www.ca4.uscourts.gov)).

/s/ PATRICIA S. CONNOR, CLERK
By: Ashley B. Webb, Deputy Clerk